NICOLETTI HORNIG & SWEENEY
*Attorneys for Plaintiff A.R.M.
Marine Supply, LLC*
88 Pine Street, Seventh Floor
New York, New York, 10005
Telephone: (212) 220-3830
(File No: 0-1404)

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------------x
A.R.M. MARINE SUPPLY, LLC,

                    Plaintiff,                    20 Civ. 1272

    -against-

BOUCHARD TRANSPORTATION CO., INC., *in personam*,
M/V BOUCHARD GIRLS, her engines, boilers, etc.,
M/V LINDA LEE BOUCHARD, her engines, boilers, etc.,
M/V MORTON S. BOUCHARD JR., her engines, boilers, etc.,
M/V MORTON BOUCHARD IV, her engines, boilers, etc.,
M/V BARBARA E. BOUCHARD, her engines, boilers, etc.,
M/V EVENING BREEZE, her engines, boilers, etc.,
M/V FREDERICK E. BOUCHARD, her engines, boilers, etc.,
M/V TUG EVENING LIGHT, her engines, boilers, etc.,
M/V DANIELLE M. BOUCHARD, her engines boilers, etc.,
M/V EVENING STAR, her engines, boilers, etc.,
M/V BOUCHARD BOYS, her engines, boilers, etc.,
M/V JANE A. BOUCHARD, her engines, boilers, etc.,
M/V KIM M. BOUCHARD, her engines, boilers, etc.,
M/V DONNA J. BOUCHARD, her engines, boilers, etc.,
M/V EVENING MIST, her engines, boilers, etc.,
M/V ELLEN S. BOUCHARD, her engines, boilers, etc.,
BARGE B. NO. 231, BARGE B. NO. 280, BARGE B. NO. 270,
BARGE B. NO. 284, BARGE B. NO. 250, BARGE B. NO. 282,
BARGE B. NO. 235, BARGE B. NO. 295, BARGE B. NO. 240,
BARGE B. NO. 260, BARGE B. NO. 252, BARGE B. NO. 272,
BARGE B. NO. 264, BARGE B. NO. 210, BARGE B. NO. 233,
BARGE B. NO. 205, BARGE B. NO. 245, *in rem*,

                    Defendants.
-----------------------------------------------------------------------------x

## VERIFIED COMPLAINT

Plaintiff A.R.M. Marine Supply, LLC, by and through its attorneys, Nicoletti Hornig & Sweeney, as and for its Complaint against Bouchard Transportation Co., Inc., *in personam*, and various vessels *in rem*, alleges as follows:

## JURISDICTION AND VENUE

1. This is an admiralty or maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure and within the admiralty and maritime jurisdiction of the United States and of this Honorable Court pursuant to 28 U.S.C. § 1333.

2. Venue is proper in this District since defendant Bouchard Transportation Co., Inc. has its office and principal place of business within the District and since the defendant vessels are now or, during the pendency of this action, will be within this District and subject to the *in rem* jurisdiction of this Honorable Court.

## PARTIES

3. A.R.M. Marine Supply, LLC ("A.R.M.") was and now is a limited liability company organized under the laws of the State of New York with a principal place of business at 1249 86th Street, Brooklyn, New York 11228.

4. A.R.M., a family owned company, is a supplier of custom manufactured hydraulic and pneumatic seals and filter elements for the maritime transportation industry since 2003.

5. Bouchard Transportation Co., Inc. ("Bouchard") was and now is a corporation organized under the laws of the State of New York with a principal place of business at 58 South Service Road, Suite 150, Melville, New York 11747.

6. Bouchard is an ocean-going petroleum barge company, which owns, operates and manages a large fleet of barges and tugs, including the following defendant vessels, M/V

BOUCHARD GIRLS, M/V LINDA LEE BOUCHARD, M/V MORTON S. BOUCHARD JR., M/V MORTON BOUCHARD IV, M/V BARBARA E. BOUCHARD, M/V EVENING BREEZE, M/V FREDERICK E. BOUCHARD, M/V TUG EVENING LIGHT, M/V DANIELLE M. BOUCHARD, M/V EVENING STAR, M/V BOUCHARD BOYS, M/V JANE A. BOUCHARD, M/V KIM M. BOUCHARD, M/V DONNA J. BOUCHARD, M/V EVENING MIST, M/V ELLEN S. BOUCHARD, BARGE B. NO. 231, BARGE B. NO. 280, BARGE B. NO. 270, BARGE B. NO. 284, BARGE B. NO. 250, BARGE B. NO. 282, BARGE B. NO. 235, BARGE B. NO. 295, BARGE B. NO. 240, BARGE B. NO. 260, BARGE B. NO. 252, BARGE B. NO. 272, BARGE B. NO. 264, BARGE B. NO. 210, BARGE B. NO. 233, BARGE B. NO. 205, BARGE B. NO. 245 (the "Defendants Vessels").

7. The Defendants Vessels now are or will be during the pendency of this action, within this District and within the jurisdiction of this Honorable Court.

## FIRST CAUSE OF ACTION
## BREACH OF MARITIME CONTRACT

8. A.R.M brings this action to recover amounts due and owing to them under maritime contracts for the supply of various custom manufactured hydraulic and pneumatic seals and filter elements to the Defendants Vessels at ports in the United States.

9. Between March and July 2019, Bouchard requested A.R.M. to supply the Defendants Vessels with various custom manufactured hydraulic and pneumatic seals and filter elements. For each order, Bouchard issued a Purchase Order to A.R.M., A.R.M. shipped the requested maritime supplies to the designated Bouchard vessel(s), and then A.R.M. issued an invoice to Bouchard.

10. To date, although duly requested, Bouchard has failed to pay the following invoices:

| Date of A.R.M. Invoice | ARM Invoice # | Bouchard PO # | Invoice Amount | Vessel Supplied |
|---|---|---|---|---|
| 07/24/2019 | 57888 | 9058050 | 987.50 | B272 |
| 07/10/2019 | 57880 | 9057993 | 1425.22 | B264 |
| 05/24/2019 | 57861 | 9057639 | 1384.88 | B264 |
| 05/16/2019 | 57860 | 9057629 | 234.92 | B264 |
| 06/14/2019 | 57858 | 9057621 | 1106.30 | B264 |
| 07/09/2019 | 57846 | 9057465 | 733.80 | Bouchard Girls |
| 05/24/2019 | 57873 | 9057959 | 101.40 | Bouchard Girls / B295 |
| 04/25/2019 | 57822 | 9057163 | 2342.76 | Bouchard Girls |
| 06/14/2019 | 57884 | 9058014 | 1710.89 | Linda Lee Bouchard / B205 |
| 06/14/2019 | 57883 | 9058015 | 1111.52 | Linda Lee Bouchard / B205 |
| 06/24/2019 | 57886 | 9058032 | 101.70 | Linda Lee Bouchard / B205 |
| 04/19/2019 | 57752 | 9056303 | 670.20 | Linda Lee Bouchard / B205 |
| 04/30/2019 | 57831 | 9057264 | 1079.88 | Linda Lee Bouchard / B205 |
| 06/14/2019 | 57874 | 9057965 | 5461.32 | Morton S. Bouchard Jr. |
| 05/03/2019 | 57838 | 9057372 | 1129.26 | Morton S. Bouchard |
| 05/03/2019 | 57834 | 9057288 | 931.20 | Morton Bouchard IV |
| 06/14/2019 | 57875 | 9057976 | 1138.80 | Barbara E. Bouchard / B240 |
| 05/03/2019 | 57848 | 9057488 | 858.12 | Barbara E. Bouchard / B240 |
| 04/24/2019 | 57823 | 9057165 | 3694.80 | Barbara E. Bouchard |
| 04/29/2019 | 57824 | 9057169 | 594.00 | Barbara E. Bouchard / B240 |
| 06/13/2019 | 57847 | 9057467 | 7040.16 | B252 |
| 06/05/2019 | 57865 | 9057687 | 3332.40 | B252 |
| 05/23/2019 | 57857 | 9057609 | 6065.88 | B252 |
| 04/23/2019 | 57763 | 9056445 | 1492.80 | B252 |
| 06/07/2019 | 57885 | 9058031 | 4402.98 | Evening Breeze |
| 06/05/2019 | 57872 | 9057887 | 929.40 | Evening Breeze |
| 05/24/2019 | 57859 | 9057614 | 3882.00 | Evening Breeze |
| 06/06/2019 | 57887 | 9058043 | 516.00 | B260 |
| 06/05/2019 | 57876 | 9057977 | 280.98 | B295 |
| 04/23/2019 | 57776 | 9056646 | 1548.00 | B295 |
| 04/22/2019 | 57772 | 9056573 | 571.44 | B295 |
| 04/20/2019 | 57762 | 9056426 | 495.00 | B295 |
| 05/24/2019 | 57866 | 9057699 | 3550.80 | B240 |
| 05/23/2019 | 57852 | 9057555 | 4168.20 | Tug Evening Light |
| 05/03/2019 | 57844 | 9057436 | 546.00 | Tug Evening Light |
| 05/20/2019 | 57850 | 9057529 | 45.94 | B210 |
| 04/29/2019 | 57827 | 9057238 | 1962.23 | B210 |
| 04/25/2019 | 57784 | 9056710 | 468.00 | B210 |

| Date | | | | |
|---|---|---|---|---|
| 05/16/2019 | 57775 | 9056628 | 248.00 | B233 |
| 05/16/2019 | 57840 | 9057411 | 1284.00 | Danielle M. Bouchard / B245 |
| 05/16/2019 | 57841 | 9057409 | 2212.56 | Danielle M. Bouchard / B245 |
| 04/25/2019 | 57786 | 9056756 | 936.00 | Danielle M. Bouchard / B245 |
| 05/20/2019 | 57849 | 9057489 | 130.50 | Danielle M. Bouchard / B245 |
| 04/25/2019 | 57795 | 9056818 | 807.70 | Danielle M. Bouchard / B245 |
| 04/17/2019 | 57749 | 9056292 | 1284.00 | Danielle M. Bouchard / B245 |
| 04/19/2019 | 57755 | 9056363 | 1257.84 | Danielle M. Bouchard / B245 |
| 04/20/2019 | 57759 | 9056398 | 384.24 | Danielle M. Bouchard / B245 |
| 05/03/2019 | 57826 | 9057212 | 2300.16 | B282 |
| 04/29/2019 | 57825 | 9057171 | 404.88 | B282 |
| 04/22/2019 | 57774 | 9056611 | 529.58 | B282 |
| 05/03/2019 | 57835 | 9057300 | 513.60 | B235 |
| 05/03/2019 | 57837 | 9057366 | 592.44 | Evening Star |
| 05/03/2019 | 57843 | 9057463 | 202.44 | Bouchard Boys |
| 04/29/2019 | 57830 | 9057257 | 257.34 | Bouchard Boys |
| 04/24/2019 | 57789 | 9056781 | 3563.28 | Bouchard Boys |
| 05/03/2019 | 57845 | 9057432 | 358.00 | Frederick E. Bouchard |
| 05/03/2019 | 57836 | 9057335 | 1029.36 | Frederick E. Bouchard |
| 04/22/2019 | 57777 | 9056648 | 372.00 | Frederick E. Bouchard |
| 06/06/2019 | 57893 | 9058138 | 540.00 | Frederick E. Bouchard |
| 05/03/2019 | 57853 | 9057561 | 546.00 | Jane A. Bouchard |
| 04/29/2019 | 57829 | 9057256 | 646.88 | Jane A. Bouchard |
| 04/29/2019 | 57828 | 9057247 | 180.00 | B250 |
| 04/29/2019 | 57832 | 9057266 | 770.40 | Kim M. Bouchard / B270 |
| 04/20/2019 | 57760 | 9056392 | 1262.76 | Kim M. Bouchard / B270 |
| 03/11/2019 | 57736 | 9056163 | 3116.34 | B270 |
| 04/25/2019 | 57796 | 9056826 | 2004.00 | B284 |
| 04/25/2019 | 57797 | 9056839 | 2204.94 | Donna J. Bouchard |
| 04/22/2019 | 57773 | 9056577 | 492.00 | Donna J. Bouchard |
| 04/24/2019 | 57794 | 9056843 | 2420.16 | B231 |
| 04/23/2019 | 57780 | 9056662 | 895.64 | B280 |
| 04/19/2019 | 57754 | 9056331 | 442.08 | B280 |
| 04/20/2019 | 57764 | 9056499 | 766.80 | Evening Mist |
| 04/19/2019 | 57758 | 9056366 | 256.80 | Evening Mist |
| 04/19/2019 | 57757 | 9056365 | 49.00 | Ellen S. Bouchard |
| | | | **TOTAL = $103,358.40** | |

11. Every Bouchard Purchase Orders and A.R.M. corresponding Invoices are attached as Exhibit 1 to this Verified Complaint.

5

12. A.R.M. has fully performed all of its obligations under the applicable maritime contracts and Bouchard has not.

13. There is a balance of $103,358.40 due from Bouchard for A.R.M.'s services. which has not been paid.

14. The terms of each invoice issued to Bouchard provide for payment within 30 days and all invoices are overdue.

15. As a proximate result of Bouchard's breach of contract due to its failure to pay the invoices, A.R.M. has been damaged in an amount no less than $103,358.40 plus attorney's fees, along with interest at the legal rate.

### SECOND CAUSE OF ACTION
### QUANTUM MERUIT

16. A.R.M. incorporates by reference paragraphs "1" through "15" of this Verified Complaint as if herein stated in full.

17. A.R.M. rendered the services, outlined above and incorporated herein, for compensation and for the benefit of Bouchard and its Defendants Vessels and as requested and authorized by Bouchard or its agents.

18. Bouchard has benefited from A.R.M.'s services by receiving all the requested and ordered marine supplies.

19. A.R.M. has not been compensated by Bouchard for its services.

20. The fair and reasonable value of the services A.R.M. provided to Bouchard for which it has not been compensated is at least $103,358.40.

21. Bouchard's failure to pay A.R.M. has damaged A.R.M. in an amount equal to the reasonable compensation for A.R.M.'s services in an amount of no less than $103,358.40, plus interest and attorney's fees.

## THIRD CAUSE OF ACTION
## MARITIME LIENS AGAINST THE DEFENDANTS VESSELS

22. A.R.M. incorporates by reference paragraphs "1" through "21" of this Verified Complaint as if herein stated in full.

23. Each supply of equipment provided by A.R.M. to Bouchard were intended to be used to repair, operate and/or maintain the Defendants Vessels, and was necessary for the accomplishment of the Defendants Vessels' mission, i.e., the transportation of cargo in intrastate and/or interstate commerce.

24. Each supply of equipment provided by A.R.M. were ordered by Bouchard, as owner and/or manager of the Defendants Vessels, and/or by Bouchard's agents, duly authorized to order supplies by Bouchard.

25. With respect to each delivery of supplies by A.R.M., as described in paragraph 10 above, the failure of Bouchard to pay for the supplies gives rise to a maritime lien against the respective Defendants Vessels pursuant to the Federal Maritime Lien Act, 46 U.S.C. § 31342, which may be exercised by arresting the Defendants Vessels *in rem*.

**26.** Each of the Defendants Vessels received the benefit of the supplies delivered to said Vessel and is indebted to A.R.M, in the amount described in paragraph 10 above, and, along with defendant Bouchard, is obligated to pay for the aforementioned marine supplies purchased from and delivered to the Defendants Vessels by A.R.M.

**WHEREFORE**, Plaintiff A.R.M. Marine Supply, LLC prays:

1. That process in due form of law may issue against Defendant Bouchard Transportation Co., Inc., citing them to appear and answer;

2.  That Judgment be entered in favor of Plaintiff A.R.M. Marine Supply, LLC against Defendant Bouchard Transportation Co., Inc. for the amount of $103,358.40 together with interest and costs and the disbursements of this action;

3.  That warrants be issued for the arrest of the Defendants Vessels, *in rem*, and the Defendants Vessels be held as security against any judgment to be entered herein against each vessel, as appropriate;

4.  That, after their arrests, the Defendants Vessels be condemned and sold, free and clear of all liens and encumbrances, to satisfy the judgments against them, and that the Court award Plaintiff out of the proceeds of said sales, the amounts of their claims, together with pre-judgment and post-judgment interest, attorneys' fees, collection fees, custodia legis expenses, as well as other fees and disbursements for this action which remain outstanding, unpaid, due and owing from the defendants to plaintiffs; and

5.  That this Court will grant to Plaintiff such other and further relief as may be just and proper.

Dated: New York, New York
March 9, 2020

NICOLETTI HORNIG & SWEENEY
*Attorneys for Plaintiff A.R.M. Marine Supply, LLC*

By: */s/ Nooshin Namazi*
Nooshin Namazi
Carole A.R. Rouffet
88 Pine Street, 7th Floor
New York, New York 10005
Tel: (212) 220 3830
nnamazi@nicolettihornig.com
crouffet@nicolettihornig.com
NH&S file: 0-1404

## VERIFICATION

STATE OF NEW YORK    )
                     : SS
COUNTY OF KINGS      )

MICHAEL MENDITTO, being duly sworn, deposes and says:

I am the owner and president of A.R.M. Marine Supply, LLC.

I have read the foregoing Verified Complaint and I know the contents and that the same are true to my own knowledge.

*/s/ Michael J. Menditto*
MICHAEL MENDITTO

Sworn to before me this 7th day of March 2020

_____
Notary Public

FRANCES T. VELLA-MARRONE
NOTARY PUBLIC, STATE OF NEW YORK
NO. 24-4801852
QUALIFIED IN KINGS COUNTY
COMMISSION EXPIRES 2/28/2022

10