

**Chalos & Co, P.C.**
**International Law Firm**

55 Hamilton Avenue, Oyster Bay, New York 11771
TEL: +1-516-714-4300 • FAX: +1-516-750-9051 • WEB: www.chaloslaw.com • EMAIL: info@chaloslaw.com

October 1, 2025

Honorable LaShann DeArcy Hall
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: ARM Marine Supply LLC v. Bouchard Transportation Company
Civil Action No.: 20-cv-1272

Dear Judge Hall,

    I understand that your Honor's chambers contacted my office via telephone earlier today at or about 11:30 a.m. I am told by our receptionist that your Honor requested a status report on this matter be submitted forthwith. I am presently abroad on unrelated cases and have limited access to historical files. Candidly, I do not recollect this specific matter but am quite certain that "Bouchard" was a party to a complex bankruptcy proceeding before the U.S. District Court for the Southern District of Texas. To the extent our firm was involved in the representation of "Bouchard," the client contact was with a former colleague who no longer works in our firm.

    To the best of my knowledge, "Bouchard" is out of business and neither I nor anyone else with this firm maintain contact.

    Should the court have any additional questions, I am happy to do my best to respond without delay. My mobile telephone is with me and can be reached at any time on (516) 721-4076.

Respectfully Submitted,

CHALOS & CO, P.C.

   /s/George M. Chalos
GEORGE M. CHALOS, Esq.

electronic signature
(dictated but not read)